UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21659-CIV-KING/DUBÉ

STARR BARBARA DEARMA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

### ORDER ON APPLICATION TO PROCEED AND MOTION FOR SERVICE

THIS CAUSE is before the Court on the Application to Proceed Without Prepayment of Fees (D.E. #2) and Motion for Service by the United States Marshal (D.E. #3) filed by the Plaintiff. After reviewing the motions and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

(1) The Application to Proceed Without Prepayment of Fees (D.E. #2) in the above cause is hereby **GRANTED**. However, this Court notes that no summonses appear in the file. Counsel for the Plaintiff shall have until **July 22, 2008** to file the appropriate summonses with the Court.

(2) The Motion for Service by the United States Marshal (D.E. #3) is **GRANTED**. Upon receipt of the summonses, the United States Marshal shall promptly complete service and immediately thereafter file proof of service with the Clerk of the Court.

**DONE AND ORDERED** this __8__ day of July, 2008.

                                              ROBERT L. DUBÉ
                                              UNITED STATES MAGISTRATE JUDGE